NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10021 |
| Plaintiff - Appellee, | D.C. No. 2:06-cr-00441-GEB |
| v. |  |
| ISAURO JAUREGUI CATALAN, | MEMORANDUM[*] |
| Defendant - Appellant. |  |

Appeal from the United States District Court
for the Eastern District of California
Garland E. Burrell, Jr., District Judge, Presiding

Submitted August 25, 2015[**]

Before:     McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

Isauro Jauregui Catalan appeals from the district court's judgment and

challenges his guilty-plea conviction and 121-month sentence for conspiracy to

distribute and to possess with intent to distribute cocaine, in violation of 21 U.S.C.

§§ 841(a)(1), 846.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

_____

     [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

     [**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Catalan's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Catalan filed pro se supplemental briefs, and the government filed an answering brief.

Catalan waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

To the extent Catalan argues in his pro se briefs that counsel provided ineffective assistance, we decline to address this issue on direct appeal. *See United States v. Rahman*, 642 F.3d 1257, 1259-60 (9th Cir. 2011).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

14-10021